UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL MEDICAL CARE, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 03-12632-PBS |
| UNITED SYSTEMS INTEGRATORS CORPORATION and USI REAL ESTATE BROKERAGE SERVICES, INC. | ) |
| Defendants, | ) |
| and | ) |
| REAL ESTATE BROKERAGE SERVICES, INC. | ) |
| Third-Party Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Harry L. Manion III of Cooley Manion Jones LLP for the defendants United Systems Integrators Corporation and USI Real Estate Brokerage Services, Inc. in the above-referenced matter.

        United Systems Integrators Corporation and
        USI Real Estate Brokerage Services Inc.

        By their attorneys,

        Harry L. Manion III, BBO # 317440
        Martin F. Gaynor III, BBO # 564384
        COOLEY MANION JONES LLP
        21 Custom House Street
        Boston, MA 02110
        Tel. 617-737-3100
        Fax 617-737-0374

Dated: January 9, 2004

## CERTIFICATE OF SERVICE

     I herby certify that on this 9th day of January 2004 a copy of the foregoing Notice of Appearance of Harry L. Manion III was served by first class mail upon the following:

Todd A. Newman, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108

Real Estate Brokerage Services, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

                                                               */s/ Martin F. Gaynor III*
                                                                Martin F. Gaynor III

118573