UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL MEDICAL CARE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED SYSTEMS INTEGRATORS )<br>CORPORATION and USI REAL ESTATE )<br>BROKERAGE SERVICES, INC. )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>REAL ESTATE BROKERAGE SERVICES, INC. )<br>)<br>Third-Party Defendant. )<br>) | C.A. No.: 03-12632-PBS |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT RECORD

Now come the defendants, United Systems Integrators Corporation and USI Real Estate Brokerage Services, Inc., and respectfully give notice that they have this day filed a certified copy of the complete state court record, including the Notice of Removal from State Court and certified Docket Entries as required by the Local Rules of the United States District Court for the District of Massachusetts.

United Systems Integrators Corporation and
USI Real Estate Brokerage Services Inc.

By their attorneys,

*/s/ Martin F. Gaynor III*

Harry L. Manion III, BBO # 317440
Martin F. Gaynor III, BBO # 564384
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel. 617-737-3100
Fax 617-737-0374

Dated: January 9, 2004

### CERTIFICATE OF SERVICE

I herby certify that on this 9th day of January 2004 a copy of the foregoing Notice of Filing Certified Copies of State Court Record was served by first class mail upon the following:

Todd A. Newman, Esq.
Hanify & King
One Beacon Street
Boston, MA  02108

Real Estate Brokerage Services, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA  02110

*/s/ Martin F. Gaynor III*
Martin F. Gaynor III

118543

## COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cooleymanionjones.com

JON S. BAROOSHIAN
RICHARD M. BURKE
KATHRYN R. COLBURN
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*
TIMOTHY C. KELLEHER III
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
LISA M. SNYDER
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†

PAUL F. BECKWITH
LEONARD T. EVERS
KEVIN M. GLYNN
FRANK A. MARINELLI*
CHRISTINE M. NORTH^
PETER J. SCHNEIDER*
OF COUNSEL

RHODE ISLAND OFFICE

ONE CENTER PLACE

PROVIDENCE, RHODE ISLAND 02903

(401) 273-0800

*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
^ALSO ADMITTED IN CALIFORNIA

January 9, 2004

[Stamp: FILED IN OFFICE 2004 JAN -9 P 4:44 U.S. DISTRICT COURT DISTRICT OF MASS.]

**VIA HAND DELIVERY**

Clerk of Court
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S.
   Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  National Medical Care, Inc. v. United Systems
     Integrators Corp., et al.
     Civil Action No. 03-12632-PBS

Dear Sir/Madam:

In regard to the above-referenced matter, enclosed please find the following:

1. Notice of Filing Certified Copy of State Court Record;
2. Notice of Appearance of Harry L. Manion III;
3. Notice of Appearance of Martin F. Gaynor III.

If you have any questions or concerns, please do not hesitate to call me.

Sincerely,

Martin Gaynor /bac

Martin F. Gaynor III

MFG:bac
Enclosures
cc:  Todd A. Newman, Esq.
     Real Estate Brokerage Services, Inc. c/o CT Corporation System

118585