UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL MEDICAL CARE, INC., <br> Plaintiff, <br> <br> v. <br> <br> UNITED SYSTEMS INTEGRATORS <br> CORPORATION and USI REAL ESTATE <br> BROKERAGE SERVICES, INC., <br> Defendants, <br> <br> and <br> <br> REAL ESTATE BROKERAGE <br> SERVICES, INC., <br> Third-Party Defendant. | Civil Action No.: 1:03-cv-12632-PBS |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Pursuant to Local Rule 7.1, the Plaintiff and the Defendants (collectively, the "Parties") jointly move to continue for thirty days the Scheduling Conference in this matter, which is presently set for February 9, 2004.

As grounds for this Motion, the Parties state as follows:

1. The Parties are exploring settlement in accordance with the requirements and spirit of Local Rule 16.1.

2. The Parties have determined that it would be in all of their interests to continue to pursue informal resolution of this action before engaging in further Court proceedings.

3. Granting this motion would not prejudice any party to this action and would conserve judicial resources.

4. Should a Scheduling Conference ultimately become necessary, the requested continuance will have served to narrow the issues before the Court.

**WHEREFORE,** the Parties hereby request that the Scheduling Conference in this matter be continued for thirty days, or until on or after March 9, 2004.

Respectfully submitted,

NATIONAL MEDICAL CARE, INC.

By its attorneys,

*/s/ David Lee Evans (MFG)*
John D. Hanify (BBO #219880)
David Lee Evans (BBO #156695)
Todd A. Newman (BBO #629614)

Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400


UNITED SYSTEMS INTEGRATORS CORPORATION
USI REAL ESTATE BROKERAGE SERVICES, INC.

By their attorneys,

*/s/ Martin F. Gaynor*
Harry L. Manion, III (BBO #317440)
Martin F. Gaynor, III (BBO #564384)

Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 1-29-04
*/s/ Martin F. Gaynor*

#396145

2