UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Medical Care, Inc.
Plaintiff,

        V.

United Systems Integrators Corporation, et al
Defendant.

Civil Action Number
03-12632-PBS

February 9, 2003

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/30/04

Summary Judgment Motion filing deadline: 9/30/04

Opposition to Summary Judgment Motions: 10/15/04

Hearing on Summary Judgment or Pretrial Conference: 11/10/04 at 2:00 p.m.

By the Court,

s/ Robert C. Alba
Deputy Clerk