UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Medical Care, Inc.
Plaintiff,

       V.                                               Civil Action Number
                                                           03-12632-PBS

United Systems Integrators Corporation, et al
Defendant.                                                   February 9, 2003

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/30/04

Summary Judgment Motion filing deadline: 9/30/04

Opposition to Summary Judgment Motions: 10/15/04

Hearing on Summary Judgment or Pretrial Conference: 11/10/04 at 2:00 p.m.

                                                           By the Court,

                                                           s/ Robert C. Alba
                                                           Deputy Clerk