UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL MEDICAL CARE, INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED SYSTEMS INTEGRATORS<br>CORPORATION and USI REAL ESTATE<br>BROKERAGE SERVICES, INC.,<br>    Defendants,<br><br>and<br><br>REAL ESTATE BROKERAGE<br>SERVICES, INC.,<br>    Third-Party Defendant. | Civil Action No.: 1:03-cv-12632-PBS |

## STIPULATION OF DISMISSAL

Pursuant to Mass.R.Civ.P., Rule 41(a)(1)(ii), the Parties in the above action, National Medical Care, Inc., United Systems Integrators Corporation, USI Real Estate Brokerage Services, Inc. and Real Estate Brokerage Services, Inc., hereby stipulate that this action and all claims asserted therein are hereby dismissed, with prejudice and without costs.

Respectfully submitted,

NATIONAL MEDICAL CARE, INC.
REAL ESTATE BROKERAGE SERVICES, INC.

By their attorneys,

*/s/ John D. Hanify*
John D. Hanify (BBO #219880)
David Lee Evans (BBO #156695)
Todd A. Newman (BBO #629614)

Hanify & King
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400


UNITED SYSTEMS INTEGRATORS CORPORATION
USI REAL ESTATE BROKERAGE SERVICES, INC.

By their attorneys,

*/s/ Harry L. Manion, III*
Harry L. Manion, III (BBO #317440)
Martin F. Gaynor, III (BBO #564384)
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

#129467

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each other party by mail-hand on 8/26-04

*/s/ Martin F. Gaynor*

2